IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| Tyson Foods Inc. and Tyson Fresh Meats, Inc. | |
|---|---|
| Plaintiffs, | CASE NO. 5:19-CV-04020 |
| vs. | DISCLOSURE STATEMENT |
| United States of America | |
| Defendant. | |

As required by LR 7.1, Plaintiff Tyson Foods, Inc. in this case, provides the following information to the court:

(a) *The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the Plaintiff as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the outcome in the case*:

Please see the attached list of all such entities filed contemporaneously herewith.

(*b*) *With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both*:

Tyson Fresh Meats, Inc. is the only entity named in (a) with a connection to or interest in this litigation. Tyson Fresh Meats, Inc. is a Plaintiff in this litigation.

Dated: June 3, 2019

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC


By:   /s/ Ivan A. Boatner
Ivan A. Boatner (admitted Pro Hac Vice)
Savannah R. Dabney
    (admitted Pro Hac Vice)
265 Brookview Centre Way, Suite 600
Knoxville, Tennessee 37919
Telephone:   865-549-7000
Facsimile:    865-525-8569
Email:  iboatner@bakerdonelson.com
       sdabney@bakerdonelson.com


HEIDMAN LAW FIRM, P.L.L.C

Rosalynd J. Koob (AT0004380)
1128 Historic 4th Street
P.O. Box 3086
Sioux City, Iowa 51101
Telephone: (712) 255-8838
Facsimile: (712) 258-6714
Email: Roz.Koob@heidmanlaw.com

ATTORNEYS FOR TYSON FOODS,
INC. AND TYSON FRESH MEATS,
INC.

2

4817-2937-7943
2826048-000026
Case 5:19-cv-04020-CJW-KEM   Document 8   Filed 06/03/19   Page 2 of 6

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been filed electronically on June 3, 2019. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

William P. Barr
Attorney General for the United States
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

United States Department of Agriculture
Office of the General Counsel
1400 Independence Ave., SW
Washington D.C. 20250

United States Attorney's Office for the Northern District of Iowa
Civil Process Clerk
111 7th Ave, SE
Box #1
Cedar Rapids, Iowa 52401

                                              /s/ Ivan A. Boatner
                                              Ivan A. Boatner

**Tyson Foods, Inc. Subsidiaries**

| **Subsidiaries** | **Place of Incorporation** |
|---|---|
| Advance Food Company, LLC | Oklahoma |
| AdvancePierre Foods Holdings, Inc. | Delaware |
| AdvancePierre Foods, Inc. | Delaware |
| Aidells Sausage Company, Inc. | Delaware |
| Allied Specialty Foods, Inc. | Pennsylvania |
| APF Legacy Subs, LLC | Ohio |
| Artisan Bread Co., LLC | North Carolina |
| Barber Foods, LLC | Maine |
| Bryan Foods, Inc. | Delaware |
| C.V. Holdings, Inc. | Philippines |
| CBFA Management Corp. | Delaware |
| Central Industries, Inc. | Mississippi |
| Chefs Pantry, LLC | Ohio |
| Cloverdale Farms, LLC | Ohio |
| Cobb (Shanghai) Enterprise Management Consulting Co., Ltd. | China |
| Cobb Ana Damizlik Tavukculuk Sanayi Ve Ticaret Limited Sirketi | Turkey |
| Cobb Europe B.V. | Netherlands |
| Cobb Europe Limited | United Kingdom |
| Cobb-Heritage, LLC | Delaware |
| Cobb-Vantress Brasil, Ltda | Brazil |
| Cobb-Vantress New Zealand Limited | New Zealand |
| Cobb-Vantress Philippines, Inc. | Tanay, Rizal |
| Cobb-Vantress, Inc. | Delaware |
| DFG Foods, L.L.C. | Oklahoma |
| Egbert LLC | Delaware |
| Flavor Corp. | Delaware |
| Flavor Holdings, Inc. | Delaware |
| Foodbrands America, Inc. | Delaware |
| Foodbrands Supply Chain Services, Inc. | Delaware |
| Gallo Salame, Inc. | California |
| Global Employment Services, Inc. | Delaware |
| Golden Island Jerky Company, Inc. | California |
| Haimen Tyson Poultry Development Co., Ltd. | China |
| Hillshire Brands (Australia) Pty Ltd. | Australia |
| Hubei Tongxing Cobb Breeding Company, Ltd. | China |
| Hudson Midwest Foods, Inc. | Nebraska |
| Hybro Genetics Brasil Ltda | Brazil |
| IBP Caribbean, Inc. | Cayman Islands |
| IBP Foodservice, L.L.C. | Delaware |
| IBP Redevelopment Corporation | Missouri |

1

| | |
|---|---|
| International Affiliates & Investment LLC | Delaware |
| Jiangsu Tyson Foods Co., Ltd | China |
| Madison Foods, Inc. | Delaware |
| National Comp Care, Inc. | Delaware |
| New Canada Holdings, Inc. | Delaware |
| Oaklawn Capital Corporation | Delaware |
| Original Philly Holdings, Inc. | Pennsylvania |
| PBX, inc. | Delaware |
| Philadelphia Cheesecake Company | Pennsylvania |
| Philadelphia Pre-Cooked Steak, Inc. | Pennsylvania |
| Pierre Holdco, Inc. | Delaware |
| River Valley Ingredients, LLC | Delaware |
| Rizhao Tyson Foods Co., Ltd | China |
| Rizhao Tyson Poultry Co., Ltd | China |
| Rural Energy Systems, Inc. | Delaware |
| Sara Lee Diversified, LLC | Delaware |
| Sara Lee Foods, LLC | Delaware |
| Sara Lee Household & Body Care Malawi Ltd. | Malawi |
| Sara Lee International LLC | Delaware |
| Sara Lee International TM Holdings LLC | Delaware |
| Sara Lee Mexicana Holdings Investment, L.L.C. | Delaware |
| Sara Lee TM Holdings LLC | Delaware |
| Sara Lee Trademark Holdings Australasia LLC | Delaware |
| Sara Lee-Kiwi Holdings, LLC | Delaware |
| Saramar, L.L.C. | Delaware |
| Shandong Tyson-Da Long Food Company Limited | China |
| Southern Family Foods, L.L.C. | Delaware |
| Southwest Products, LLC | Delaware |
| Tecumseh Poultry LLC | Nebraska |
| Texas Transfer, Inc. | Texas |
| The Bruss Company | Illinois |
| The Hillshire Brands Company | Maryland |
| The IBP Foods Co. | Delaware |
| The Pork Group, Inc. | Delaware |
| TyNet Corporation | Delaware |
| Tyson (Shanghai) Enterprise Management Consulting Co. Ltd. | China |
| Tyson Americas Holding Sárl | Luxembourg |
| Tyson Breeders, Inc. | Delaware |
| Tyson Chicken , Inc. | Delaware |
| Tyson China Holding 2 Limited | Hong Kong |
| Tyson China Holding 3 Limited | Hong Kong |
| Tyson China Holding Limited | Honk Kong |
| Tyson Deli, Inc. | Delaware |
| Tyson Europe Holding Company | Nova Scotia |

| | |
|---|---|
| Tyson Farms, Inc. | North Carolina |
| Tyson Foods Canada Inc. (Les Aliments Tyson Canada Inc.) | Ontario |
| Tyson Foods East China Development Co., Ltd | China |
| Tyson Fresh Meats, Inc. | Delaware |
| Tyson Global Holding Sárl | Luxembourg |
| Tyson Hog Markets, Inc. | Delaware |
| Tyson India Holdings Ltd. | Mauritius |
| Tyson International Company, Ltd. | Bermuda |
| Tyson International Holding Company | Delaware |
| Tyson International Holding Sárl | Luxembourg |
| Tyson International Service Center, Inc. | Delaware |
| Tyson International Service Center, Inc. Asia | Delaware |
| Tyson International Service Center, Inc. Europe | Delaware |
| Tyson Mexican Original, Inc. | Delaware |
| Tyson Mexican Trading Company S. de R.L. de CV. | Mexico |
| Tyson New Ventures, LLC | Delaware |
| Tyson of Wisconsin, LLC | Delaware |
| Tyson Pet Products, Inc. | Delaware |
| Tyson Poultry, Inc. | Delaware |
| Tyson Prepared Foods, Inc. | Delaware |
| Tyson Processing Services, Inc. | Delaware |
| Tyson Refrigerated Processed Meats, Inc. | Delaware |
| Tyson Sales and Distribution, Inc. | Delaware |
| Tyson Service Center Corp. | Delaware |
| Tyson Shared Services, Inc. | Delaware |
| Tyson Warehousing Services, LLC | Delaware |
| Uninex SA | Uruguay |
| WBA Analytical Laboratories, Inc. | Delaware |
| Wilton Foods, Inc. | New York |
| Zemco Industries, Inc. | Delaware |