IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| Tyson Foods Inc. and Tyson Fresh Meats, Inc.<br><br>Plaintiffs,<br><br>vs.<br><br>United States of America<br><br>Defendant. | CASE NO. 5:19-CV-04020<br><br>DISCLOSURE STATEMENT |

As required by LR 7.1, Plaintiff Tyson Fresh Meats, Inc. in this case, provides the following information to the court:

(a) *The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the Plaintiff as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the outcome in the case*:

Tyson Foods, Inc.

(*b*) *With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both*:

Tyson Foods, Inc. is a Plaintiff in this litigation.

Dated: June 3, 2019

1

4814-4228-1624
2826048-000026

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC


By: /s/ Ivan A. Boatner
Ivan A. Boatner (admitted Pro Hac Vice)
Savannah R. Dabney
    (admitted Pro Hac Vice)
265 Brookview Centre Way, Suite 600
Knoxville, Tennessee 37919
Telephone: 865-549-7000
Facsimile: 865-525-8569
Email: iboatner@bakerdonelson.com
      sdabney@bakerdonelson.com


HEIDMAN LAW FIRM, P.L.L.C

Rosalynd J. Koob (AT0004380)
1128 Historic 4th Street
P.O. Box 3086
Sioux City, Iowa 51101
Telephone: (712) 255-8838
Facsimile: (712) 258-6714
Email: Roz.Koob@heidmanlaw.com

ATTORNEYS FOR TYSON FOODS,
INC. AND TYSON FRESH MEATS,
INC.

## CERTIFICATE OF SERVICE

      I hereby certify that a true and exact copy of the foregoing has been filed electronically on June 3, 2019. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

    William P. Barr
    Attorney General for the United States
    United States Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530-0001

    United States Department of Agriculture
    Office of the General Counsel
    1400 Independence Ave., SW
    Washington D.C. 20250

    United States Attorney's Office for the Northern District of Iowa
    Civil Process Clerk
    111 7th Ave, SE
    Box #1
    Cedar Rapids, Iowa 52401

                                                            /s/ Ivan A. Boatner
                                                            Ivan A. Boatner