# UNITED STATES DISTRICT COURT
for the

Northern District of Iowa

| | | |
|---|---|---|
| Tyson Foods, Inc. and Tyson Fresh Meats, Inc. *Plaintiff* v. United States of America *Defendant* | ) ) ) ) ) ) ) ) | Civil Action No. 5:19-cv-4020-CJW-KEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
William P. Barr
Attorney General for the United States
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ivan A. Boatner
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
265 Brookview Centre Way, Suite 600
Knoxville, Tennessee 37919

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 05/15/2019 /s/ des

*Signature of Clerk or Deputy Clerk*

Civil Action No. 5:19-cv-4020-CJW-KEM

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* William P. Barr, Attorney General for the United States
was received by me on *(date)* 5/15/19 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
I served the Summons and Complaint by mailing them via registered mail using the United States Postal Service on 5/20/19. Emily Sase, who is designated by law to accept service of process on behalf of William P. Barr, Attorney General for the United States, executed the Return Receipt indicating receipt of the Summons and Complaint, bearing the date 5/29/19. The Return Receipt is attached hereto.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: June 10, 2019

/s/ Ivan A. Boatner
*Server's signature*

Ivan A. Boatner, Attorney
*Printed name and title*

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
265 Brookview Centre Way, Suite 600
Knoxville, Tennessee 37919
*Server's address*

Additional information regarding attempted service, etc:

| Return Receipt (Form 3811) Barcode | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ‖‖‖‖‖‖‖‖<br>9590 9266 9904 2115 3537 34<br><br>1. Article Addressed to:<br>William P. Barr<br>Attorney General for the United States<br>United States Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530-0001<br><br>2. Certified Mail (Form 3800) Article Number<br>9414 7266 9904 2115 3537 31 | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>MAY 29 2019<br><br>3. Service Type:<br>☒ Certified Mail<br>☐ Certified Mail Restricted Delivery<br>Reference Information<br>IAB |

PS Form 3811, Facsimile, July 2015 — Domestic Return Receipt

---

**USPS TRACKING #**



9590 9266 9904 2115 3537 34



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service®**

● Sender: Please print your name, address and ZIP+4® below ●

BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ PC
265 BROOKVIEW CENTRE WAY
SUITE 600
KNOXVILLE TN 37919-4066