IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| TYSON FOODS, INC., AND TYSON FRESH MEATS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | 19-CV-4020-CJW-KEM |
| vs. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

Assistant United States Attorney Melissa A. Carrington enters her Appearance on behalf of the United States, and requests that copies of any and all pleadings filed in this case be served on her.

Respectfully submitted,

PETER E. DEEGAN, JR.
United States Attorney

By: */s/ Melissa A. Carrington*

MELISSA A. CARRINGTON
Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401-2101
Tel: (319) 363-6333
Fax: (319) 363-1990
Melissa.Carrington@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on   7/15/19   , I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:  Ivan A. Boatner, Rosalynd Jean Koob, and Savannah R. Dabney.

UNITED STATES ATTORNEY

BY:  */s/D. Nash*