IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| TYSON FOODS, INC., AND ) | | |
| TYSON FRESH MEATS, INC., ) | | |
| ) | | |
| Plaintiffs, ) | 19-CV-4020-CJW-KEM | |
| ) | | |
| vs. ) | | |
| ) | | |
| UNITED STATES OF AMERICA, ) | | |
| ) | | |
| Defendant. ) | | |

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

COMES NOW Defendant, the United States of America, and moves for an extension of time to answer or otherwise plead. The United States respectfully requests an additional 30 days to investigate the complaint, to and including August 28, 2019 (LR 7.j.2).

Defendant's answer is currently due on July 29, 2019 (LR 7.j.1). This is Defendant's first request for an extension to file its answer (LR 7.j.3). There are no other court-imposed deadlines for this case (LR 7.j.4).

Plaintiffs' attorney, Ivan Boatner, has been contacted and has no objection to the thirty-day extension (LR 7.k).

WHEREFORE, Defendant respectfully moves for a thirty-day extension, to and including August 28, 2019, within which to file Defendant's answer or otherwise plead, and for any other relief the Court deems just and proper.

Respectfully submitted,

PETER E. DEEGAN, JR.
United States Attorney

By: /s/ Melissa A. Carrington

MELISSA A. CARRINGTON
Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401-2101
Tel: (319) 363-6333
Fax: (319) 363-1990
Melissa.Carrington@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2019 , I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Ivan A. Boatner, Rosalynd Jean Koob, and Savannah R. Dabney.

UNITED STATES ATTORNEY

BY: /s/D. Nash