IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| TYSON FOODS, INC., and TYSON FRESH MEATS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 19-CV-4020-CJW-KEM<br><br>**ORDER** |

This matter is before the court on a motion by Defendant the United States of America to extend the deadline to answer or otherwise plead. Doc. 14. The United States seeks a thirty-day extension. Plaintiffs Tyson Foods, Inc., and Tyson Fresh Meats, Inc., do not oppose the requested extension.

IT IS ORDERED Defendant's Unopposed Motion for Extension of Time to Answer or Otherwise Plead (Doc. 14) is **granted**. The deadline for Defendant the United States of America to answer or otherwise plead is extended to **August 28, 2019**.

**IT IS SO ORDERED** this 18th day of July, 2019.

_/s/ Kelly K.E. Mahoney_
Kelly K.E. Mahoney
Chief United States Magistrate Judge
Northern District of Iowa