IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| TYSON FOODS, INC., AND <br> TYSON FRESH MEATS, INC., | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | 19-CV-4020-CJW-KEM |
| vs. | ) <br> ) | |
| UNITED STATES OF AMERICA, | ) <br> ) | |
| Defendant. | ) | |

## JOINT MOTION TO STAY DEADLINES

COME NOW Plaintiffs, Tyson Foods, Inc. and Tyson Fresh Meats, Inc., and Defendant, the United States of America, and move for a thirty-day stay of the deadlines in this case. The parties have reached a tentative agreement with respect to a proposed settlement, subject to review and approval by the requisite authorities. The parties respectfully request a thirty-day stay, to and including September 26, 2019, to continue to work towards settlement.

There is a telephonic Rule 16 scheduling conference set for August 27, 2019 at 1:15 pm, and Defendant's answer is currently due on August 28, 2019. There are no other court-imposed deadlines for this case.

WHEREFORE, Plaintiffs and Defendant respectfully move for a thirty-day stay of the deadlines in this case, and for any other relief the Court deems just and proper.

Respectfully submitted,

By: */s/ Ivan A. Boatner*
Ivan A. Boatner (admitted Pro Hac Vice)
Savannah R. Dabney (admitted Pro Hac Vice)
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
265 Brookview Centre Way, Suite 600
Knoxville, TN 37919
Telephone: 865-549-7000
Facsimile: 865-525-8569
iboatner@bakerdonelson.com
sdabney@bakerdonelson.com

Rosalynd J. Koob (AT0004380)
Heidman Law Firm, P.L.L.C.
1128 Historic 4th Street
P.O. Box 3086
Sioux City, Iowa 51101
Telephone: 712-255-8838
Facsimile: 712-258-6714
Roz.Koob@heidmanlaw.com

ATTORNEYS FOR PLAINTIFFS


PETER E. DEEGAN, JR.
United States Attorney

By: /s/ *Melissa A. Carrington*
Melissa A. Carrington
Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401-2101
Tel: (319) 363-6333
Fax: (319) 363-1990
Melissa.Carrington@usdoj.gov

ATTORNEYS FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

UNITED STATES ATTORNEY

BY: /s/D. Nash