## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | |
|---|---|
| TYSON FOODS, INC., and TYSON FRESH MEATS, INC., | |
| Plaintiff, | No. 19-CV-4020-CJW-KEM |
| vs. | ORDER STAYING CASE AND DEADLINES AND CANCELLING SCHEDULED HEARING |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

_____

Before the Court is the Joint Motion to Stay Deadlines. Doc. 17. The motion states the parties "have reached a tentative agreement with respect to a proposed settlement, subject to review and approval by the requisite authorities" and request a thirty-day stay of deadlines (to and including September 26, 2019) to continue to work toward settlement. Doc. 17.

IT IS ORDERED, for good cause shown, the motion to stay (Doc. 17) is **granted**. The case (and all pending deadlines) are **stayed to and including September 26, 2019**.

The hearing scheduled for today, August 27, 2019, at 1:15 p.m. (Doc. 16) is **cancelled**. In the event the case settlement does not proceed as anticipated, the parties shall file a status report on **September 27, 2019**, updating the case status.

**IT IS SO ORDERED** this 27th day of August, 2019.

Kelly K.E. Mahoney
United States Magistrate Judge
Northern District of Iowa