IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| TYSON FOODS, INC. and TYSON FRESH MEATS, INC., <br><br> Plaintiff(s), <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant(s). | CASE NO. 19-CV-4020-CJW-KEM <br><br> NOTICE OF DISMISSAL |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Tyson Foods, Inc. and Tyson Fresh Meats, Inc. (collectively "Plaintiffs") hereby give notice of the voluntary dismissal of its Complaint against Defendant United States of America ("Defendant"), dismissing with prejudice all claims contained therein in light of a settlement and compromise reached between the parties to this action.

No answer or motion for summary judgment has been filed by Defendant. Thus, this notice of dismissal is appropriate pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(A)(i) and is with prejudice as to the matters asserted in the Complaint.

1

Respectfully submitted,

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

By:   /s/ Ivan A. Boatner
Ivan A. Boatner (admitted Pro Hac Vice)
Savannah R. Dabney
    (admitted Pro Hac Vice)
265 Brookview Centre Way, Suite 600
Knoxville, Tennessee 37919
Telephone:   865-549-7000
Facsimile:   865-525-8569
Email:  iboatner@bakerdonelson.com
        sdabney@bakerdonelson.com

**HEIDMAN LAW FIRM, P.L.L.C**

Rosalynd J. Koob (AT0004380)
1128 Historic 4th Street
P.O. Box 3086
Sioux City, Iowa 51101
Telephone: (712) 255-8838
Facsimile: (712) 258-6714
Email:  Roz.Koob@heidmanlaw.com

ATTORNEYS FOR TYSON FOODS, INC. AND TYSON FRESH MEATS, INC.

## **CERTIFICATE OF SERVICE**

       I hereby certify that on October 28, 2019, a true and exact copy of the foregoing has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

    Melissa A. Carrigan
Assistant United States Attorney
111 7th Ave, SE
Box #1
Cedar Rapids, Iowa 52401
Melissa.Carrington@usdoj.gov

                                                 /s/ Ivan A. Boatner
                                                   Ivan A. Boatner